IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01358-PAB-KMT

MICHAEL DOYLE,

    Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Applicant's "Motion to Compel Show Cause" (# 36, filed May 5, 2009) is DENIED. It is unclear what relief the applicant is seeking. To the extent the applicant seeks an expedited ruling on his Petition for Writ of Habeas Corpus, the court will issue its recommendation in due course.

Dated: May 7, 2009