IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01358–PAB–KMT

MICHAEL DOYLE,

    Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Applicant's "Motion to Waive Photo Copy's" (#43, filed August 12, 2009) is DENIED. The court is unable to decipher what relief Plaintiff seeks.

Dated: August 18, 2009