IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01358-PAB-KMT

MICHAEL DOYLE,

    Petitioner,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Petitioner's "Motion to Waive Photo Copy's." (#51, filed August 24, 2009.) The court is unable to comprehend precisely what relief Petitioner seeks. However, to the extent Petitioner requests an Order of this court instructing the CDOC to allow him greater photocopy privileges, the court declines to interfere with CDOC administrative decisions. Therefore, the Motion is DENIED.

Dated: August 26, 2009