IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   07-cv-1358-WYD-KMT

MICHAEL DOYLE,

      Petitioner,

v.

LOU ARCHULETA; and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER

---

THIS MATTER is before the Court on the *pro se* Petitioner's Motion, filed March

18, 2011 [ECF. No. 81], in which he appears to request a Writ of Mandamus compelling

the Colorado Department of Corrections to allow him to make additional copies of

documents related to an appeal before the Colorado Court of Appeals and to "stop the

State from its manipulation of this case."  I note that matter initially came before this

Court on Petitioner's *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2254.  That

petition was denied, this case was dismissed with prejudice and final Judgment entered

on January 6, 2010.  This case is now closed and Petitioner has not demonstrated any

legal or factual basis upon which I can grant the relief requested in his current motion.

      Therefore, it is hereby

      ORDERED that Petitioner's Motion, filed March 18, 2011 [ECF. No. 81] is

**DENIED**.

Dated:  March 28, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge