**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 25, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

In re: MICHAEL DOYLE,

    Petitioner.

No. 11-1143
(D.C. No. 1:07-CV-01358-WYD-KMT)
(D. Colo.)

---

**ORDER**

---

Before **HARTZ**, **O'BRIEN**, and **HOLMES**, Circuit Judges.

---

    Michael Doyle petitions for a writ of mandamus to relieve him of his Colorado conviction for second degree murder. He already has sought relief under 28 U.S.C. § 2254, but the district court concluded his application was time-barred and this court denied a certificate of appealability. *See Doyle v. Archuleta*, 370 F. App'x 934, 936-37 (10th Cir.), *cert. denied*, 130 S. Ct. 3431 (2010).

    The extraordinary remedy of mandamus is not a supplement to or a substitute for relief under § 2254, and the dismissal of his § 2254 proceeding as untimely does not entitle Mr. Doyle to seek mandamus relief. Further, mandamus is not an avenue to avoid the statutory restrictions on second or successive § 2254 applications. *See* 28 U.S.C. § 2244(b) (requiring a prisoner to obtain

authorization from this court to file a second or successive § 2254 application, and to identify new evidence or new law to support such authorization). Accordingly, the petition and supplemental petition for a writ of mandamus are DENIED. The motion to proceed in forma pauperis is DENIED.

      Entered for the Court,

      *Elisabeth A. Shumaker*

      ELISABETH A. SHUMAKER, Clerk