**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**June 4, 2013**

**FOR THE TENTH CIRCUIT**

**Elisabeth A. Shumaker**
**Clerk of Court**

In re:

MICHAEL DOYLE,

Movant.

No. 13-1190
(D.C. No. 1:07-CV-01358-WYD-KMT)
(D. Colo.)

**ORDER**

Before **KELLY**, **GORSUCH**, and **MATHESON**, Circuit Judges.

On May 2, 2013, Michael Doyle, a Colorado state prisoner appearing pro se,

filed a motion seeking authorization under 28 U.S.C. § 2244(b) to file a second or

successive habeas petition under 28 U.S.C. § 2254.  Mr. Doyle has a history of filing

repetitive motions for authorization under § 2254, which led this court to order that

> Any further applications filed by Mr. Doyle for leave to file additional
> collateral attacks on his Colorado conviction for second degree murder
> will be deemed denied on the thirtieth day unless this court otherwise
> orders. *See Berryhill v. Evans*, 466 F.3d 934, 936 (10th Cir. 2006)
> (noting imposition of same sanction after prisoner's fourth request for
> leave to file a second or successive habeas petition).

*In re Doyle*, No. 13-1088, slip op. at 3 (10th Cir. Mar. 14, 2013).

The matter before us is Mr. Doyle's fifth attempt to collaterally attack his

second degree murder conviction.  Thirty days have passed since he filed his motion

seeking authorization, and we deem it denied.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk